**Order entered December 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01084-CV

### IN THE INTEREST OF S.M.G., A MINOR CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00695-X**

## ORDER

The Court **REINSTATES** the appeal.

On December 6, 2019, we ordered the trial court to make findings regarding why the appellant's brief had not been filed. We **ADOPT** the December 16, 2019 findings that: (1) appellant desires to pursue the appeal; (2) the trial court's appointment order has been corrected to reflect that Frankie Adler was appointed to represent father in this appeal; and (3) Frankie Adler was not aware a request for a reporter's record had not been filed.

Frankie Adler is **ORDERED** to provide the Court with written verification the reporter's record has been requested within **FIFTEEN DAYS** of the date of this order. Failure to do so will result in the appeal being submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/  BILL WHITEHILL
   JUSTICE